IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEBBIE HUMPHRIES,

    Plaintiff,

v.                                            CASE NO. 4:05-cv-00356-MP-MD

WARDEN M. L. RIVERA, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 13, Report and Recommendations of the Magistrate Judge, recommending the case be dismissed pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) for failure to state a claim and for plaintiff's failure to exhaust her administrative remedies. Objections to Report and Recommendation were due by January 19, 2006, but none were filed.  The Court agrees with the Magistrate Judge that failure to install an intercom system in prisoners cells (to allow them to summon guards in a medical emergency) is not a constitutional violation.  Additionally, the Court agrees that plaintiff did not properly exhaust these claims using the prison system's administrative procedures.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.    This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this _8th_ day of March, 2006

                              *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge